# Court of Appeals
# of the State of Georgia

ATLANTA,   March 14, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1225.  THE STATE v. MELANIE PICKENS.**

In this criminal matter, the State seeks to appeal an order of the trial court granting a witness immunity pursuant to OCGA § 24-5-507.  According to the State, the appeal is permitted under OCGA § 5-7-1 (a) because the order is tantamount to one dismissing an indictment.

As the Supreme Court has made clear, "[t]he State does not have a right of appeal in criminal cases, except as provided by OCGA § 5-7-1." *Glenn v. State*, 271 Ga. 604 (1) (523 SE2d 13) (1999).  And we are required to construe this statute strictly against the State.  See id. OCGA § 5-7-1 (a) (1) permits the State to file a direct appeal "[f]rom an order . . . setting aside or dismissing any indictment[.]" Strict construction of this language does not permit us to extend a direct appeal to orders granting immunity. Accordingly, this appeal is hereby DISMISSED. See *State v. Glover*, 281 Ga. 633 (641 SE2d 543) (2007).



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta, 03/14/2014
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*